COMMONWEALTH OF MASSACHUSETTS
DISTRICT COURT OF MASSACHUSETTS

_____
                                            )
CHESTER E. GNOZA and COLE LUPIEN,           )
Plaintiffs,                                 )
                                            )
v.                                          )   Civil Action No. 4:13-CV-40022-TSH
                                            )
GREEN TREE SERVICING, LLC, and              )
JOHN DOE a/k/a "GARY ROSE,"                 )
Defendants.                                 )
                                            )
                                            )
                                            )
_____

# JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that this action shall be dismissed as to both Green Tree Servicing LLC and Gary Rose with prejudice and without costs pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

| | |
|---|---|
| **PLAINTIFFS,** | **DEFENDANT,** |
| By their attorneys, | GREEN TREE SERVICING, LLC |
| | By its attorneys, |
| | |
| */s/ Richard Kent Berger* | */s/ Richard E. Briansky* |
| Richard Kent Berger, Esq. | */s/ Thomas R. Sutcliffe* |
| BBO#548913 | Richard E. Briansky, Esq. (BBO# 632709) |
| Berkent, P.C. | rbriansky@princelobel.com |
| 11 Salvi Drive | Thomas R. Sutcliffe, Esq. (BBO#675379) |
| Framingham, MA 01701 | PRINCE LOBEL TYE LLP |
| Tel. (508) 969-1041 | 100 Cambridge St., Suite 2200 |
| Email: rkentberger@gmail.com | Boston, MA 02114 |
| | Phone: (617) 456-8000 |

*/s/ Laurie M. Fowles*
Laurie M. Fowles, Esq.
BBO#649557
4 Cottage Street
Medway, MA 02053
Tel. (508) 572-0475
Email: lmfowles@aol.com

Dated: July 11, 2014 (Revised 7/30/2014)

## **CERTIFICATE OF SERVICE**

I, Laurie M. Fowles, certify that a true and accurate copy of the foregoing document was filed through the Court's ECF system this 11th day of July 2014.  A revised version of this document was served on 7/30/2014

*/s/ Laurie M. Fowles*